**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NICOLE ANDEL,** )<br>) <br>**Plaintiff** )<br>)<br>**v.** )<br>)<br>**DIVERSIFIED CONSULTANTS, INC.,** )<br>)<br>**Defendant** )<br>) | **Case No.: 2:19-cv-01339-JS** |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: May 3, 2019        BY: */s/ Amy L. Bennecoff Ginsburg*
                                          Amy L. Bennecoff Ginsburg, Esquire
                                          Kimmel & Silverman, P.C.
                                          30 East Butler Pike
                                          Ambler, PA 19002
                                          Phone: (215) 540-8888 ext. 167
                                          Facsimile: (877) 600-2112
                                          Email: aginsburg@creditlaw.com
                                          Attorney for Plaintiff

## Certificate of Service

I hereby certify that on this 3rd day of May, 2019, a true and correct copy of the foregoing pleading served via mail to the below:

**Diversified Consultants, Inc.**
**10550 Deerwood Park Blvd.**
**Ste. 309**
**Jacksonville, FL 32256**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Amy L. Bennecoff Ginsburg*
　　　　　　　　　　　　　　　　　　　　　　Amy L. Bennecoff Ginsburg Esquire
　　　　　　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　　　　　　30 East Butler Pike
　　　　　　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　　　　　　Phone: (215) 540-8888 ext. 167
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (877) 600-2112
　　　　　　　　　　　　　　　　　　　　　　Email:aginsburg@creditlaw.com
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff